SAM COSLOW, an Infant, by HARRY COSLOW, His Guardian ad Litem, Appellant, v. JOE RIBAUD and Others, Respondents.— Order reversed, without costs, and motion granted to the extent of enjoining defendant Leo Feist, Inc., from paying over to the individual defendants one-fourth of the royalties now due or which may hereafter become due under their contract with it; said one-fourth of the royalties to be retained by the defendant Feist until the determination of this action; provided that the plaintiff within five days give an undertaking according to law in the sum of $250.

If plaintiff fail to give such undertaking within five days, the order will be affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.